# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed:

Index # 25-CV-46675-AYS

*Rogelio Solano, individually and on behalf of others similarly situated*  Plaintiff

against

*Antonio Pascarella Landscaping, Inc. (d/b/a a Antonio Pascarella Landscaping) et ano.*  Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ August 25, 2025 ___, at ___ 11:00 AM ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rider to Request for Summons and Complaint

on

_____ Antonio Pascarella Landscaping, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Trisha Tarkett _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 22 - 35 Yrs.  Approx. Wt: 131-160  Approx. Ht: 5' 4" - 5' 8"
Color of skin:  White    Hair color:  Blonde    Sex:  Female    Other: _____

Sworn to before me on this
25th day of August 2025

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
**Attny's File No.**
Invoice•Work Order # S1930046

**SERVICO. INC. P.O. BOX 871. ALBANY. NY 12201**